UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
RICHARD DEVITA,                                                         Index No.: 23-728

                           Plaintiff,
    -against-
                                                           **NOTICE OF DISMISSAL**

BARBER WILSONS & CO., and
BARBER WILSONS NORTH AMERICA,

                           Defendants.
---------------------------------------------------------X

        **WHEREAS**, a Complaint was filed on February 8, 2023 (Doc. 1), which was personally served on Defendants on March 14, 2023 (Doc. 6), and

        **WHEREAS**, Defendant has not filed an Answer, or otherwise filed a responsive pleading or motion; and

        **WHEREAS**, the parties have settled the captioned matter which matter may therefore be dismissed, pursuant to Rule 41(a)(1)(A)(i), with prejudice, without costs or fees.

Dated: Hoboken, New Jersey                    May 8, 2023

                                              Richard D. DeVita, Esq. (RDD-2190)
                                              1228 Garden Street
                                              Hoboken, New Jersey 07030
                                              (201) 714-7623

                                              *R. DeVita* (signature)

                                              *Attorneys for Plaintiff*

1