**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
RICHARD DEVITA,                                                     Index No.: 23-728

                           Plaintiff,
   -against-
                                                      NOTICE OF DISMISSAL

BARBER WILSONS & CO., and
BARBER WILSONS NORTH AMERICA,

                           Defendants.
-----------------------------------------------------------X

**WHEREAS**, a Complaint was filed on February 8, 2023 (Doc. 1), which was personally served on Defendants on March 14, 2023 (Doc. 6), and

**WHEREAS**, Defendant has not filed an Answer, or otherwise filed a responsive pleading or motion; and

**WHEREAS**, the parties have settled the captioned matter which matter may therefore be dismissed, pursuant to Rule 41(a)(1)(A)(i), with prejudice, without costs or fees.

Dated: Hoboken, New Jersey                       May 8, 2023

                                                   Richard D. DeVita, Esq. (RDD-2190)
                                                   1228 Garden Street
SO ORDERED:                              Hoboken, New Jersey 07030
                                                 (201) 714-7623

_____
BRIAN R. MARTINOTTI, USDJ
Dated: May 8, 2023                               *Attorneys for Plaintiff*

1